**Dated: May 05, 2011**
**The following is ORDERED:**



_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ALLIED ELECTRICAL CONTRACTORS, LLC | Case No. 10-28999-JDL |
| ALLIED ELECTRICAL CONTRACTORS, INC. | Case No. 11-21998-JDL |
| Debtor(s).    (Substantively Consolidated) | Chapter 11 |

**ORDER DISMISSING CHAPTER 11 CASE**

This matter came to be heard on the 27th day of April, 2011 upon the United States's Trustee's Motion to Convert Chapter 11 Case to Case Under Chapter 7 Or, In the Alternative Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112 ("Motion") and the Debtor's Objection thereto; upon the statement of counsel for the United States Trustee and Debtor's counsel and upon the entire record herein.

It appears to the Court that the Debtor commenced the instant bankruptcy case on August 23, 2010 by filing a voluntary petition under Chapter 11; that, the Debtor filed Operating Reports for August and September 2011, but the Reports were deficient; that,

| | |
|---|---|
| ORDER DISMISSING CHAPTER 11 CASE | Case No.  10-28999 and Case No.  11-21998 (Substantively Consolidated) Page 2 of 2 |

the Debtor has not filed Monthly Operating Reports for the period October 1, 2010 through March 31, 2011; that, the Debtor has accumulated post-petition payables for Federal and State Taxes; that, the Debtor is approximately $30,000.00 in arrears for employees' health benefits, retirement benefits, and other union benefits; that, the Debtor has failed to demonstrate the viability of it's operations; and that, the Motion to Dismiss should be granted pursuant to 11 U.S.C. § 1112 (b) as being in the best interest of creditors.

Accordingly:

1.  The Court shall and does hereby grant the United States Trustee's  Motion, and the instant Chapter 11 case is hereby dismissed.

2.  The Debtor shall file all past-due Monthly Operating Reports and pay all outstanding Quarterly Fees to the United States Trustee within thirty (30) days of entry of this Order.

**Approved for entry**:


/s/ Madalyn S. Greenwood (#12241)
Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee, Region 8
200 Jefferson Avenue, Suite 400
Memphis, TN  38103
901/544-3667

/s/ Toni Campbell Parker
Attorney for Debtor
P.O. Box 240666
Memphis, TN 38124-0666
(901) 683-0099

PERSONS TO BE SERVED WITH FINAL ORDER:

All persons listed on the matrix.

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                    Case No. 10-28999-jdl
Allied Electrical Contractors, LLC                                        Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2          User: kiesha              Page 1 of 2              Date Rcvd: May 06, 2011
                              Form ID: pdford02         Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2011.
```
db              Allied Electrical Contractors, LLC,    1190 Walker Avenue,    Memphis, TN 38106-1840
aty            +Andrew C. Clark,    6250 Poplar Avenue,    Second Floor,    Memphis, TN 38119-4713
cr             +IBEW,    1870 Madison Avenue,    Memphis, TN 38104-2695
cr             +Reliance Insurance Company,    c/o The Law Office of Samuel A. Baron,    1109 17th Avenue South,
                 Nashville, TN 37212-2203,    U.S.A.
cr             +TDLWD - BUI,    c/o TN Attorney General's Office,    Bankruptcy Division,    P.O. Box 20207,
                 Nashville, TN 37202-4015
29868145       +AT&T (BK Notices),    One AT&T Way,    Room 3A218,    Bedminster, NJ 07921-2693
29868142        Ace USA,    Dept CH 14089,    Palatine, IL 60055-4089
29868143        Alabama Department of Revenue,    PO Box 5739,    Dothan, AL 36302-5739
29868144       +Allied Systems, Inc.,    3869 Highway 51 North,    Memphis, TN 38127-3704
29868146       +BellSouth Telecommunications, Inc.,    AT&T Attorney: James Grudus, Esq.,    AT&T, Inc.,
                 One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2694
29868147        BerkleyNet Underwriters, c/o,    Hamel Consolidated, Inc.,    PO Box 261710,    Plano, TX 75026-1710
29868148        Bryan Cave LLP,    PO Box 503089,    Saint Louis, MO 63150-3089
29925417        Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
29868149       +Capital Partners Leasing, LLC,    2112 First Avenue North,    Birmingham, AL 35203-4202
29868150       +Christopher W. Conner, Esq.,    PO Box 5059,    Maryville, TN 37802-5059
29870665       +City Attorney's Office,    125 N. Mid-America Mall,    Room 314,    Memphis, TN 38103-2079
29886440       +City of Memphis (TN),    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
                 2323 Bryan Street Ste 1600,    Dallas, Texas 75201-2644
29868151       +City of Memphis Treasurer,    125 North Main Street, Ste. 375,    Memphis, TN 38103-2080
29868152       +Clyde Holmes, c/o,    Andrew C Clarke, Attorney at Law,    6250 Poplar Avenue,    Second Floor,
                 Memphis, TN 38119-4713
29868153       +First Light Lighting Systems,    3020 Broad Ave,    Memphis, TN 38112-3004
29868154       +Ford & Harrison, LLP,    PO Box 101423,    Atlanta, GA 30392-1423
29868156        HSBC Business Solutions,    PO Box 5239,    Carol Stream, IL 60197-5239
29868155       +Harris Madden & Powell,    1770 Kirby Parkway, Ste 320,    Germantown, TN 38138-7409
29868157       +IBEW Local 474,    1870 Union Avenue,    Memphis, TN 38104-4027
29870662      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Centralized Insolvency Operation,
                 P.O. Box 21126,    Philadelphia, PA 19114)
29868158       +Isabella P. Lee, Esq,    Ford & Harrison, LLP,    271 17th Street, NW,    Suite 1900,
                 Atlanta, GA 30363-6202
29868159       +Jackson, Shields, Yeiser, Holt, Speakman,    262 German Oak Drive,    Cordova, TN 38018-4799
29868160       +Jennifer Bush Hawkins, Esq.,    Potts-Dupre, Difede & Hawkins, Chtd.,    900 Seventh Street, NW,
                 Suite 1020,    Washington, DC 20001-3888
29868161       +John E. Buffaloe, Attorney,    201 Fourth Avenue North,    Suite 1300,    Nashville, TN 37219-2090
29895749       +Kinoca Minolta Premier Finance,    CIT Technology Financing Services Inc,
                 10201 Centurion PKWY N. #100,    Jacksonville, FL 32256-4114
29868165       +LINECO, c/o,    Robert B. Greenberg, Esq.,    200 West Jackson Blvd, Ste 1900,
                 Chicago, IL 60606-6942
29868162       +Lamont, Hanley & Associates, Inc.,    PO Box 179,    Manchester, NH 03105-0179
29868163       +Leitner, Williams, Dooley & Napolitan,    801 Broad Street, 3rd Floor,
                 Chattanooga, TN 37402-2668
29868164       +Linda J Wallbaum, Esq.,    1900 Waterfront Plaza,    325 West Main Street,
                 Louisville, KY 40202-4254
29868166       +Mark B Reagan, Attorney at Law,    260 Cumberland Bend,    Nashville, TN 37228-1804
29868167        Mississippi Department of Revenue,    2778 Highway 51 South,    Senatobia, MS 38668-9403
29868169        NECA,    294 German Oak Drive,    Cordova, TN 38018
29868170       +NECA IBEW Retirement Plan,    284 German Oak Drive, Ste 101,    Cordova, TN 38018-7276
30023142       +NECA-IBEW Memphis Retirement Plan,    Linda J. Wallbaum,
                 Sales, Tillman, Wallbaum, Catlett & Satt,    325 W. Main Street, Ste 1900,
                 Louiseville, KY 40202-4245
29868171       +NECA/IBEW Family Medical Care Plan,    Dept AT 40305,    Atlanta, GA 31192-0001
29994989       +NECA/IBEW Family Medical Care Plan,    c/o Tiffany D. Downs, Esq.,    Isabella P. Lee, Esq.,
                 Ford & Harrison LLP,    271 17th Street NW, Suite 1900,    Atlanta, GA 30363-6202
29908291       +National Electrical Benefit Fund,    c/o Jennifer Hawkins,    Potts-Dupre, Difede & Hawkins,
                 900 Seventh Street NW,    Washington, DC 20001-3886
29868168       +National Electrical Benefit Fund (NEBF),    2400 Research Blvd, Ste 500,
                 Rockville, MD 20850-3266
29868172        Office Depot,    PO Box 9020,    Des Moines, IA 50368-9020
29868173       +Olympic Credit Fund, Inc., c/o,    Paul B Billings, Jr., Attorney at Law,
                 7622 Bartlett Corp Drive,    Suite 102,    Memphis, TN 38133-8962
29868174       +Principal Financial Group,    c/o RMS,    1250 E Diehl Road, Suite 300,    Naperville, IL 60563-9388
30014465        Principal Life Insurance Company,    711 High St.,    Des Moines, IA 50392-0300
29868175       +Reliance Insurance Company,    c/o Samuel A Baron, Attorney at Law,    1109 17th Avenue South,
                 Nashville, TN 37212-2203
29868176       +Robert E Johnson, Jr, Esq.,    Johnson Legal Group, PC,    One Alliance Center, Suite 1500,
                 3500 Lenox Road,    Atlanta, GA 30326-4228
29932505       +Robinson, Reagan & Yound Pllc,    260 Cumberland Bend,    Nashville, TN 37228-1804
29868179       +Southeastern Line,    1015 Tyron Road, Ste 310,    Tyrone, GA 30290-2407
```

```
District/off: 0651-2              User: kiesha              Page 2 of 2              Date Rcvd: May 06, 2011
                                  Form ID: pdford02         Total Noticed: 69

30036148     +Southeastern Line Constructors Chapter NECA,    1015 Tyrone Rd, Ste 310,    Tyrone, GA 30290-2407
29868180     +Stallings & Associates CPAs, LLC,    3333 Kirby Parkway,    Memphis, TN 38115-3794
29868181     +State Systems,    3755 Cherry Road,    Memphis, TN 38118-6320
29870661      TN Atty General's Office,    Bankruptcy Unit,    425 5th Ave. North, 2nd Floor,
               Nashville, TN 37243-0488
29916946     +TN DEPT OF REVENUE,    c/o TN ATTORNEY GENERAL'S OFFICE,    BANKRUPTCY DIVISION,    P.O. BOX 20207,
               NASHVILLE, TN 37202-4015
29903926     +TN Dept of Labor & Workforce Dev - BUI,    c/o TN Attorney General's Office,    Bankruptcy Division,
               P.O. Box 20207,    Nashville, TN 37202-4015
29868184     +TN Dept of Labor & Workforce Development,    c/o TN Atty General, Bankruptcy Dept.,    PO Box 20207,
               Nashville, TN 37202-4015
29870667      Tennessee Department of Labor and Workforce,    TN Atty General's Office,    Bankruptcy Unit,
               425 5th Ave. North, 2nd Floor,    Nashville, TN 37243-0488
29894605     +Tennessee Valley Authority,    400 West Summit Hill Drive,    Knoxville, Tennessee 37902-1419
29868182      Thomas, George & Associates,    Insurance Recovery Division,    PO Box 30,
               East Northport, NY 11731-0030
29868183     +Tiffany D Downs, Esq,    Ford & Harrison, LLP,    271 17th Street, NW,    Suite 1900,
               Atlanta, GA 30363-6202
29870663      U.S. Attorney,    c/o USDOJ Tax Division,    P.O. Box 14198,    Washington, DC 20044-4198
29870664     +U.S. Attorney,    200 Jefferson, #811,    Memphis, TN 38103-2373
29902148     +UNITED PARCEL SERVICE FREIGHT,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
               Timonium, Maryland 21094-4396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
30027902      E-mail/PDF: gecsedi@recoverycorp.com May 06 2011 22:56:59     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
29870662      E-mail/Text: cio.bncmail@irs.gov May 06 2011 21:57:17      Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114
29868177     +E-mail/PDF: gecsedi@recoverycorp.com May 06 2011 22:57:00     Sam's Club/GE Money Bank,
               ATTN: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
29868178      E-mail/Text: kmcclellan@shelbycountytrustee.com May 06 2011 22:15:47      Shelby County Trustee,
               P.O. Box 2751,    Memphis, TN 38101-2751
29940215      E-mail/Text: bankruptcy@revenue.alabama.gov May 06 2011 22:13:26
               State of Alabama Department of Revenue,    Legal Division,    PO Box 320001,
               Montgomery, AL 36132-0001
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Clyde Holmes
cr*          +Shelby County Trustee,    PO BOX 2751,    memphis, tn 38101-2751
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**          **Signature:**    _Joseph Speetjens_